IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE:  **McQUILLAN, GARY DEAN & PATRICIA SUE, Debtors**        3:12-bk-70589
Chapter 7

MOTION FOR AND NOTICE OF SALE OF
PERSONAL PROPERTY FREE AND CLEAR OF LIENS

Comes now Jill Jacoway the duly appointed and acting Trustee of the above-referenced estate

and moves for an Order of this Court authorizing the sale of personal property described herein free

and clear of liens, payment of certain administrative expenses of sale, and withholding of

compensation for the Trustee, and in support thereof states:

1.  That among the assets of Debtors' estate captioned above is their ownership interest in

a boat dock located at 644 Jackson Ridge Road, Eureka Springs, Arkansas (Dock Permit #1949),

more particularly described within the notice of sale, made a part of and incorporated herein below.

2.  That Trustee moves to sell the personal property upon Notice to creditors and interested

parties free and clear of liens with removed liens and claims being transferred to the proceeds of sale

for payment of and distribution to lien claimants in order of their priority.

3.  That Trustee proposes this sale in accordance with the Notice incorporated herein as set

forth immediately below:

**PLEASE TAKE NOTICE** that the Debtors have a ownership interest in
personal property located in Carroll County, Arkansas, described below:

Boat dock located at 644 Jackson Ridge Road, Eureka Springs,
Arkansas (Dock Permit #1949).

That Pamela G. Melton has made an offer to purchase the boat dock from the
estate for $5,000.00 cash.

The property is being sold as is/where is with no warranties of any kind other
than warranty of title.

That Trustee believes that the sale to Pamela G. Melton is in the best interest of the estate.

Any creditor or party in interest desiring to object to the sale as set forth above and/or any other matter set forth herein should file a written objection with the U.S. Bankruptcy Court, 35 E. Mountain Street, Room 316, Fayetteville, Arkansas, 72701, with a copy of served on the U.S. Trustee's Office, Bank of America Building, 200 West Capitol Avenue, Ste. 1200, Little Rock, AR 72201 and a copy served on the below signed Trustee within twenty-one (21) days of the date of this Notice.

Any creditor or party in interest desiring to pay more for the property than that offered as set forth above, should contact Trustee at her address set forth below.

Hearings on objections, if any, will be set by subsequent notice of the Court. If no objections to the proposed sale are filed in the time and manner provided, Trustee's proposed actions will be performed as set forth above.

4. That there are no known lien claimants on the property to be sold.

WHEREFORE, Trustee having duly notified all creditors and parties in interest of the hearing on this Motion and proposed actions in the time and manner provided by law, prays for an Order of this Court authorizing the sale as set forth herein, and for all other relief to which she may prove herself entitled.

JILL JACOWAY, TRUSTEE


_____*/s/ Jill Jacoway*_____
JILL JACOWAY, Attorney
JACOWAY LAW FIRM, LTD.
P.O. Drawer 3456
Fayetteville, AR 72702
(479) 521-2621 - phone

<u>CERTIFICATE OF SERVICE</u>

       I, Jill R. Jacoway, Attorney, hereby certify that I have served a true and correct copy of the within and foregoing document on all creditors and parties in interest listed on Exhibit "B" attached to the Court's copy and on the U.S. Trustee's Office, Bank of America Building, 200 West Capitol Avenue, Ste. 1200, Little Rock, AR 72701, by placing same, postage prepaid in the U.S. Mail this 25th day of June, 2014.

                                  */s/   Jill Jacoway*
                                  JILL R. JACOWAY, Attorney

ADVANCED DERMATOLOGY
C/O Professional Credit Management
939 N Hwy 67
Florissant, MO  63031-2917

AIR EVAC LIFETEAM
P.O. Box 106
West Plains, MO  65775-0106

AMEX
AMERICAN EXPRESS SPECIAL RESEARCH
Po Box 981540
El Paso, TX  79998-1540

ATTORNEY COLLECTION SE
944 Indian Peak Rd Ste 2
Rolling Hills Estates, CA  90274-3598

BANK OF AMERICA
Po Box 982238
El Paso, TX  79998-2238

BANK OF AMERICA HOME LOANS
Mail Stop TX2-982-03-03
7105 Corporate Drive
Plano, TX  75024-4100

BANK OF AMERICA, N.A.
450 American St
Simi Valley, CA  93065-6285

BANK OF ROGERS
P.O. Box 699
Rogers, AR  72757-0699

BERLIN-WHEELER, MO
711 W Mccarty St
Jefferson City, MO  65101-1543

CARROLL ELECTRIC COOPERATIVE CORPOR
P.O. Box 4000
Berryville, AR  72616-4000

CENTURY LINK
P.O. Box 4300
Carol Stream, IL  60197-4300

CHASE
Po Box 15298
Wilmington, DE  19850-5298

CITY OF KANSAS CITY, MISSOURI
P.O. Box 843768
Kansas City, MO  64184-3768

DISCOVER FIN SVCS LLC
ATTENTION:  BANKRUPTCY DEPARTMENT
Po Box 3025
New Albany, OH  43054-3025

DISH NETWORK
Bankruptcy Department
P.O. Box 105169
Atlanta, GA  30348-5169

FIRST NATIONAL BANK OF ROGERS
C/O G. Nicholas Arnold, Esq.
224 South Second Street
Rogers, AR  72756-4544

FNCL CORP OF AMERICA
ATTN: BANKRUPTCY
Po Box 203500
Austin, TX  78720-3500

FREEDOM BANK OF SOUTHERN MISSOURI
P.O. Box 309
Cassville, MO  65625-0309

GARY DEAN MCQUILLAN
Gary Dean & Patricia Sue McQuillan
644 Jackson Ridge Road
Eureka Springs, AR  72631-9507

GLORIA PETERSON
Benton County Tax Collector
215 E. Central, Room 101
Bentonville, AR  72712-5373

HOLIDAY ISLAND SUBURBAN IMPROVEMENT
District
110 Woodsdale Drive
Holiday Island, AR  72631-4641

INTERNAL REVENUE SERVICE
Bankruptcy Department
P.O. Box 7346
Philadelphia, PA  19101-7346

JILL R. JACOWAY
Chapter 7 Panel Trustee
P.O. Box 3456
Fayetteville, AR  72702- 345

JOANNE M. MCCRACKEN
MEISTER & McCRACKEN LAW FIRM, PLLC
221 N. 3rd Street
Rogers, AR 72756

KENNETH THOMPSON, DDS
2701 S.E. G Street, Suite 9
Bentonville, AR  72712-3783

LEES SUMMIT FAMILY CARE, LLC.
3 Maryland Farms, Suite 250
Brentwood, TN  37027-5053

MERCY PHYSICIANS PLAZA
2708 Rife Medical Lane
Rogers, AR  72758-1459

NICHOLAS ARNOLD, ESQ.
224 South Second Street
Rogers, AR  72756-4544

NW HEART & VASCULAR CENTER
C/O Professional Credit Managment
939 N Hwy 67
Florissant, MO  63031-2917

OPTION ONE MORTGAGE
AMERICAN HOME MORTGAGE
P.o.box  631730
Irving, TX  75063-0002

PETER E. GOSS, ATTORNEY
WENDT GOSS, P.C.
1100 MAIN STREET, SUITE 2610
KANSAS CITY, MO 64105

PLAINS COMMERCE BANK
Po Box 38
Hoven, SD  57450-0038

PLEASANT HILL FIRE PROTECTION DISTR
305 E. Pine
Pleasant Hill, MO  64080-1658

PLEASANT HILL HEALTH AND REHABILITA
1300 Broadway
Pleasant Hill, MO  64080-1842

ROBIN PHILLIPS
United Country Little Switzerland Realty
2039 E. Van Buren
Eureka Springs, AR  72632-8835

SOUTHERN PIONEER PROPERTY &
Casualty Insurance Company
P.O. Box 16537
Jonesboro, AR  72403-6709

SOUTHWEST SANITATION
P.O. Box 287
Pineville, MO  64856-0287

ST. JOHN'S CLINIC
620 S. Glenstone
Springfield, MO  65802-3206

ST. JOHN'S CLINIC JOPLIN
P.O. Box 505095
St. Louis, MO  63150-5095

STATE OF ARKANSAS
Deaprtment Of Finance And Administration
P.O. Box 8090
Little Rock, AR  72203-8090

TARGET N.B.
Mailstop Bv
P.O. Box 9475
Minneapolis, MN  55440-9475

U.S. TRUSTEE (UST)
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR  72201-3618

US ARMY CORPS OF ENGINEERS
Attn:  Donna Bryant
2200 N. 2nd Street
Rogers, AR 72756

VERIZON WIRELESS
P.O. Box 660108
Dallas, TX  75266-0108

WEISNER-COOPER, DDS.
C/O Tiburon Financial, LLC.
218a S 108th Ave
Omaha, NE  68154-2631